# Court of Appeals
# of the State of Georgia

ATLANTA, April 01, 2026

*The Court of Appeals hereby passes the following order:*

**A26A0626.  LARSON v. LARSON.**

Jesse James Larson filed this direct appeal from the trial court's final divorce decree. However, appeals from orders in divorce cases must be initiated by filing an application for discretionary review. See OCGA § 5-6-35(a)(2),(b); *Onyemobi v. Onyemobi*, 375 Ga. App. 538, 538–39 (916 SE2d 738) (2025); *Hoover v. Hoover*, 295 Ga. 132, 134(1) (757 SE2d 838) (2014) ("Where, as here, child custody issues are ancillary to a divorce action, the determination of child custody does not transform the case into a 'child custody case,' as that phrase is used in OCGA § 5-6-34(a)(11), for purposes of determining the appropriate method for appealing a child custody order."). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (quotation marks omitted). The Appellant's failure to follow that procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, 04/01/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.